ORIGINAL

GREGORY P. STONE (SBN 078329)
DANIEL A. BECK (SBN 204496)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: Gregory.Stone@mto.com
Daniel.Beck@mto.com

PETER A. DETRE (SBN 182619)
MICHELLE T. FRIEDLAND (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Peter.Detre@mto.com
Michelle.Friedland@mto.com

Attorneys for Plaintiff
NORTHROP GRUMMAN CORPORATION

CRAIG N. HENTSCHEL (SBN 66178)
NAOMI A. CARRY (SBN 182887)
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213)457-1800
Facsimile: (213)457-1850
Email: chentschel@dykema.com

JESSE J. JENNER (pro hac vice)
DUANE-DAVID HOUGH (pro hac vice)
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 596-9000
Facsimile: (212)596-9090
Email: jesse.jenner@ropesgray.com
duane-david.hough@ropesgray.com

Attorneys for Defendants and
Counterclaim Plaintiffs
AGILENT TECHNOLOGIES, INC. and
AVAGO TECHNOLOGIES, PTE.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHROP GRUMMAN CORPORATION,

　　　　Plaintiff,

v.

AGILENT TECHNOLOGIES, INC.
AND AVAGO TECHNOLOGIES, PTE.,

　　　　Defendants.

AND RELATED COUNTERCLAIMS

Case No. CV05-6093 GPS (SHx)

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**

DOCKETED ON CM
SEP - 1 2006

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. CV05-6093 GPS (SHx)

1  Having resolved their differences in accordance with a settlement
2  agreement among them, effective August 22, 2006, plaintiff Northrop Grumman
3  Corporation and defendants Agilent Technologies, Inc. and Avago Technologies,
4  Pte., by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P.
5  41(a)(1)(ii) to the dismissal with prejudice of this action in its entirety, including,
6  without limitation, all claims and counterclaims alleged by each party in this
7  action at any time (including any claims and counterclaims previously dismissed
8  either voluntarily or involuntarily). It is further stipulated that each party shall
9  bear its own costs and attorneys' fees.

DATED: August 30, 2006                MUNGER, TOLLES & OLSON LLP

By: _____
   Daniel A. Beck

Attorneys for Plaintiff
NORTHROP GRUMMAN CORPORATION

DATED: August 30, 2006                ROPES & GRAY LLP

By: _____
   Duane-David Hough

Attorneys for Defendants and Counterclaim
Plaintiffs
AGILENT TECHNOLOGIES, INC. and
AVAGO TECHNOLOGIES, PTE

**ORDER**

IT IS SO ORDERED.

DATED: 8/30/06                _____
                              Honorable George P. Schiavelli
                              United States District Court Judge